IN THE UNTED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

**FILED**
MAR 3 1 2021  DB
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN.

ANDY L. ALLMAN )
Petitioner )
 )
 ) Docket No.
 ) From the Tennessee Court of Criminal
vs. ) Appeals No. M2021-00196-CCA-R8-CO
 ) Sumner County Criminal Court Cases:
 ) No. 2017-CR-548
SONNY WEATHERFORD, ) No. 2017-CR-875
SHERIFF OF SUMNER ) No. 2020-CR-133
COUNTY, TN, and )
HERBERT H. SLATERY, III, )
TENNESSEE STATE )
ATTORNEY GENERAL )
Respondents )

## MOTION TO FILE TRANSCRIPT UNDER SEAL

Comes now, the Petitioner, and moves this Court to file the attached transcript under seal for the Court's in camera inspection only. Petitioner avers this transcript is a record of the Ex-Parte Proceedings held in the Trial Court on October 5, 2020, relating to Petitioner's Sixth Amendment. The Trial Court placed the transcript and exhibits under seal as it contained material covered by the attorney-client privilege and work product doctrine.

1

Respectfully submitted,

_____
Andy L. Allman
Defendant
117 W. Smith Street
Gallatin, TN 37066

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Motion to File Transcript Under Seal, has been served via U.S. Mail on the 31st Day of March 2021 addressed to:

Sonny Weatherford
Sheriff of Sumner County, TN
117 West Smith St.
Gallatin, TN 37066

Herbert H. Slatery, III
Tennessee State Attorney General
P.O. Box 20207
Nashville, TN 37202-0207

_____
Andy L. Allman