```
DUPLICATE

Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675061943
Cashier ID: lnewsom
Transaction Date: 04/06/2021
Payer Name: Sonia Allman
-------------------------------------
WRIT OF HABEAS CORPUS
 For: Andy Allman
 Amount:        $5.00
-------------------------------------
Paper Check Conversion
 Amt Tendered:  $5.00
-------------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

3:21-cv-0267 filing fee
```