IN THE UNTED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

FILED
APR 14 2021
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN.

| | |
|---|---|
| ANDY L. ALLMAN<br>Petitioner<br><br>vs.<br><br>SONNY WEATHERFORD,<br>SHERIFF OF SUMNER<br>COUNTY, TN, and<br>HERBERT H. SLATERY, III,<br>TENNESSEE STATE<br>ATTORNEY GENERAL<br>Respondents | )<br>)<br>) Docket No. 3:21-cv-00267<br>) From the Tennessee Court of Criminal<br>) Appeals No. M2021-00196-CCA-R8-CO<br>) Sumner County Criminal Court Cases:<br>) No. 2017-CR-548<br>) No. 2017-CR-875<br>) No. 2020-CR-133<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

Comes now the Petitioner, Andy L. Allman, and hereby gives notice that he has placed the following documents in the Sumner County Jail mail system to be forwarded to this Honorable Court via U.S. mail:

1.) Exhibit K to Amended Petition for Writ of Habeas Corpus and Immediate Relief pursuant to 28 U.S.C. 2241, letter to Sonya Troutt, placed in the mail system on April 14, 2021; and

2.) Transcript of the April 2-3, 2020 Proceedings referenced in the Amended Petition for Writ of Habeas Corpus and Immediate Relief pursuant to 28 U.S.C. 2241, placed in the mail system on April 16, 2021.

1

Respectfully submitted,

_____
Andy L. Allman
Petitioner
117 W. Smith Street
Gallatin, TN 37066