IN THE UNITED STATES DISTRICT COURT FOR MIDDLE DISTRICT OF
TENNESSEE AT NASHVILLE

RECEIVED
APR 21 2021
US DISTRICT COURT
MID DIST TENN

| | |
|---|---|
| ANDY L. ALLMAN<br>Petitioner | )<br>)<br>) |
| vs. | ) Docket No. 3:21-CV-00267<br>)<br>) |
| SONNY WEATHERFORD,<br>SHERIFF OF SUMNER<br>COUNTY, TN, et. al.<br>Respondents | )<br>)<br>)<br>)<br>) |

## NOTICE OF FILING OF TRANSCRIPT OF APRIL 2nd AND 3rd, 2020

Comes now the Defendant and gives notice of his filing of the transcript of proceedings for April 2nd and 3rd, 2020 in this Honorable Court.

Respectfully submitted,

/s/ Andy L. Allman

Andy L. Allman
Petitioner
117 W. Smith St.
Gallatin, TN 37066

# CERTIFICATE OF SERVICE

I hereby certify that this Notice of Filing has been served upon Tn. State Attorney General by U.S. Mail on the 16th Day of April, 2021 addressed to:

State Attorney General
Herbert Slatery III
500 Charlotte Avenue
John Sevier Building
Nashville, Tn 37219


_____
Andy L. Allman

Andy Allman
117 W. Smith St
Gallatin, TN 37066

Legal Mail

Mail sent from SUMNER COUNTY JAIL is not inspected or censored. We are not responsible for contents of this letter.

RECEIVED
APR 21 2021
US DISTRICT COURT
MID DIST TENN

Court Clerk
United States District Court
Estes Kefauver Bldg & Courthouse
801 Broadway, #800
Nashville, TN 37203

Legal Mail

Mail sent from SUMNER COUNTY JAIL is not inspected or censored. We are not responsible for contents of this letter.



Mail sent from SUMNER COUNTY JAIL is not inspected or censored. We are not responsible for contents of this letter

Mail sent from SUMNER COUNTY JAIL is not inspected or censored. We are not responsible for contents of this letter