UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| ANDY L. ALLMAN, | ) |
|---|---|
| Petitioner, | ) |
| | ) No. 3:21-cv-00267 |
| v. | ) Judge Trauger |
| | ) |
| SONNY WEATHERFORD and | ) |
| HERBERT H. SLATERY, III, | ) |
| | ) |
| Respondents. | ) |

# ORDER

Andy L. Allman filed a pro se amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, objecting to pre-trial incarceration, and he paid the filing fee. (Doc. Nos. 6, 7.) On April 12, 2021, the court ordered the petitioner to show cause why the petition should not be dismissed for failure to exhaust available state court remedies. (Doc. No. 8.) On May 11, 2021, the petitioner submitted a response. (Doc. No. 12.)

The petitioner's long and rambling response raises a myriad of factual and legal contentions involving state law and ongoing state court proceedings. Out of an abundance of caution, the court will order the respondents to file a single reply. While the respondents may address any of the petitioner's arguments that they deem relevant, they should, at a minimum, discuss whether (1) the petitioner's claims have been presented to the state courts through appellate review; (2) the opportunity to do so remains available to the petitioner; and (3) there is any factual or legal basis for excusing the petitioner from the exhaustion requirement.

Accordingly, the Clerk **SHALL** serve on each of the respondents copies of the amended petition (Doc. No. 7), the order to show cause (Doc. No. 8), the petitioner's response (Doc. No.

12), and this Order.[1] Although this is a matter of some urgency, time must be allowed for the respondents to be served and become familiar with the petitioner's submissions. Accordingly, the reply must be received by the court within **21 DAYS** of the date this order is entered on the docket. No sur-reply will be necessary absent an order of the court.

It is so **ORDERED**.

                                                                                                        Aleta A. Trauger
                                                                                                          United States District Judge

---

[1] The respondents may appear in this matter for the purpose of accessing many other documents that the petitioner has filed on the docket.