IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| ANDY L. ALLMAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 3:21-cv-00267 |
| ) | |
| SONNY WEATHERFORD and ) | District Judge Trauger |
| HERBERT H. SLATERY, III, ) | Mag. Judge Frensley |
| ) | |
| Respondents. ) | |

## NOTICE OF APPEARANCE

Leah May Dennen, Sumner County Law Director, hereby enters her appearance as counsel for respondent Sonny Weatherford.

                                                  */s/ Leah May Dennen*
                                                  Leah May Dennen, #12711
                                                  Sumner County Law Director
                                                  Benjamin C. Allen, #35923
                                                  355 North Belvedere Drive, Room 303
                                                  Gallatin, TN 37066
                                                  615-451-6060
                                                  LeahMay@sumnercountytn.gov
                                                  ben@sumnercountytn.gov

                                                  Thomas B. Russell, #26011
                                                  Sarah L. Locker, #31994
                                                  William C. Scales, Jr., #36457
                                                  GULLETT SANFORD ROBINSON & MARTIN PLLC
                                                  150 Third Avenue South, Suite 1700
                                                  Nashville, TN 37201
                                                  615-244-4994
                                                  trussell@gsrm.com; slocker@gsrm.com
                                                  wscales@gsrm.com

                                                  *Attorneys for Sonny Weatherford*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on the 2nd day of June, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular mail. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Andy L. Allman, #109261<br>c/o Sumner County Jail<br>117 W. Smith Street<br>Gallatin, TN 37066<br><br>*Pro Se Petitioner* | Zachary L. Barker, Esq.<br>Assistant Attorney General<br>Federal Habeas Corpus Division<br>PO Box 20207<br>Nashville, TN 37202<br>Zachary.Barker@ag.tn.gov<br><br>*Attorneys for Herbert H. Slatery, III* |

      */s/ Leah May Dennen*