IN THE UNTED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

FILED
JUN 11 2021 DB
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN.

|  |  |
|---|---|
| ANDY L. ALLMAN<br>Petitioner<br><br><br>vs.<br><br><br>SONNY WEATHERFORD,<br>SHERIFF OF SUMNER<br>COUNTY, TN, and<br>HERBERT H. SLATERY, III,<br>TENNESSEE STATE<br>ATTORNEY GENERAL<br>Respondents | )<br>)<br>) **Docket No. 3:21-cv-00267**<br>) **From the Tennessee Court of Criminal**<br>) **Appeals No. M2021-00196-CCA-R8-CO**<br>) **Sumner County Criminal Court Cases:**<br>) **No. 2017-CR-548**<br>) **No. 2017-CR-875**<br>) **No. 2020-CR-133**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR RELEASE PENDING DISPOSITION OF PETITIONER'S PETITION FOR WRIT IF HABEAS CORPUS AND IMMEDIATE RELIEF

Comes now Petitioner and moves this Court for an Order releasing him on his own recognizance with GPS monitoring and daily reporting to Community Corrections pending disposition of his Petition for Writ of Habeas Corpus and Immediate Relief. Petitioner began his challenge to the unconstitutional detention on December 15, 2020. Six months of trial preparation has now been lost. Instead of submitting a "reply" to Petitioner's filings, Respondent has engaged in motion practice further prolonging disposition of habeas corpus relief. Petitioner has no access to his trial preparation material. (*See* Amended Petition for Writ of Habeas Corpus and Immediate Relief paragraphs 117 – 118, exhibit K thereto). During his 15 days of furlough Petitioner completed GPS monitoring and daily reporting to Jennifer Woodard, District

1

Supervisor-Community Corrections, of Mid Cumberland Human Resource Agency without incident. (Exhibit 1 attached).

Pre-trial detention compromises a person's ability to participate in his or her defense leading to worse outcomes at every phase of the criminal process. *Bandy v. United States*, 81 S. Ct. 197, 198 (1960) A subsequent fair trial, or even a series of them, will not revive these lost opportunities. *Turner v. State*, 858 F. 2d 201, 208 (6th Cir. 1988) A subsequent fair trial and conviction does not remedy this deprivation. *Rose v. Mitchell*, 443 U.S. 545, 560 (1979); *State v. Kraus*, 397 N.W. 2d 671, 674 (Iowa 1986); *Accord United States ex. rel. Caruso v. Zelinsky*, 689 F. 2d 435, 438 (3rd Cir. 1982).

Wherefore, Petitioner moves this Court for an Order releasing him on his own recognizance with GPS monitoring and daily reporting to Community Corrections pending final disposition of his Habeas Relief Petition.

2

# EXHIBIT 1



Jennifer Woodard

DISTRICT SUPERVISOR
COMMUNITY CORRECTIONS

MID-CUMBERLAND
HUMAN RESOURCE AGENCY
185 West Franklin St.
Gallatin, TN 37066

T.  (615) 451.0024
F.  (615) 451.4361
E.  jennifer.woodard@mchra.com
W.  mchra.com



mid CUMBERLAND

Human Resource Agency

3

Case 3:21-cv-00267   Document 23   Filed 06/11/21   Page 3 of 4 PageID #: 1067

Respectfully submitted,

Andy L. Allman
Petitioner
117 W. Smith Street
Gallatin, TN 37066

## CERTIFICATE OF SERVICE

I hereby certify that this Motion for Release has been served via U.S. Mail on the 14th Day of

June, 2021 addressed to:

Zachary L Barker, Esq.
Assistant Attorney General
Federal Habeas Corpus Division
P.O. Box 20207
Nashville, TN  37202

Leah May Dennen
Sumner County Law Department
355 N. Belvedere Dr.
Room 303
Gallatin, TN  37066

Thomas B. Russell
Gullett, Sandford, Robinson & Martin, PLLC
150 Third Ave. S.
Suite 1700
Nashville, TN  37201

Andy L. Allman