

**BOARD OF PROFESSIONAL RESPONSIBILITY**
OF THE
**SUPREME COURT OF TENNESSEE**

10 CADILLAC DRIVE, SUITE 220
BRENTWOOD, TENNESSEE 37027
TELEPHONE: (615) 361-7500
(800) 486-5714
FA24: (615) 367-2480
E-MAIL: ethics@tbpr.org
Website: www.tbpr.org

<u>**RELEASE OF INFORMATION**
**RE: ANDY LAMAR ALLMAN, BPR #17857**
**CONTACT: A. RUSSELL WILLIS**
**BOARD OF PROFESSIONAL RESPONSIBILITY**
**615-361-7500**</u>

September 9, 2016

### <u>SUMNER COUNTY LAWYER TEMPORARILY SUSPENDED</u>

On September 9, 2016, the Supreme Court of Tennessee temporarily suspended Andy Lamar Allman from the practice of law upon finding Mr. Allman failed to respond to the Board regarding complaints of misconduct, misappropriated funds and posed a threat of substantial harm to the public. Section 12.3 of Supreme Court Rule 9 provides for the immediate summary suspension of an attorney's license to practice law in cases of an attorney's failure to respond to the Board regarding a complaint of misconduct, misappropriation of funds or posing a threat of substantial harm to the public.

Mr. Allman is immediately precluded from accepting any new cases, and he must cease representing existing clients by October 9, 2016. After October 9, 2016, Mr. Allman shall not use any indicia of lawyer, legal assistant, or law clerk nor maintain a presence where the practice of law is conducted.

Mr. Allman must notify all clients being represented in pending matters, as well as co-counsel and opposing counsel of the Supreme Court's Order suspending his law license. Mr. Allman is required to deliver to all clients any papers or property to which they are entitled.

This suspension remains in effect until dissolution or modification by the Supreme Court. Mr. Allman may for good cause request dissolution or modification of the suspension by petition to the Supreme Court.

Allman 2628-6 rel.doc

*Exhibit A*

# IN THE SUPREME COURT OF TENNESSEE
# AT NASHVILLE

**IN RE: ANDY LAMAR ALLMAN, BPR #17857**
An Attorney Licensed to Practice Law in Tennessee
(Sumner County)

No. M2016-01848-SC-BAR-BP
BOPR No. 2016-2628-6-AW(12.3)

FILED
SEP - 9 2016
Clerk of the Courts
Rec'd By _____

## ORDER OF TEMPORARY SUSPENSION

This matter is before the Court on a Petition of the Board of Professional Responsibility of the Supreme Court of Tennessee, by and through Disciplinary Counsel, for the temporary suspension of Andy Lamar Allman from the practice of law, pursuant to Tenn. Sup. Ct. R. 9, § 12.3. The Petition has been authorized by the Chair of the Board of Professional Responsibility and is supported by the Affidavits of Steven Christopher, Disciplinary Counsel, and Rose Ponce.

Based upon the Petition and the supporting Affidavits, the Court finds Andy Lamar Allman, Respondent, failed to respond to the Board of Professional Responsibility concerning complaints of misconduct, misappropriated funds and poses a threat of substantial harm to the public as detailed by the Affidavits of Disciplinary Counsel and Ms. Ponce.

IT IS THEREFORE, CONSIDERED, ORDERED, ADJUDGED AND DECREED BY THE COURT THAT:

1. Andy Lamar Allman is hereby temporarily suspended from the practice of law as provided in Tenn. Sup. Ct. R. 9, § 12.3.

2. Andy Lamar Allman shall comply with Tenn. Sup. Ct. R. 9 in all respects and particularly as provided in Tenn. Sup. Ct. R. 9, § 28, regarding the responsibilities of suspended attorneys.

3. Andy Lamar Allman may make application for dissolution or modification of this Order as provided in Tenn. Sup. Ct. R. 9, § 12.3.

4. The Board of Professional Responsibility shall cause notice of this suspension of Andy Lamar Allman to be published as required by Tenn. Sup. Ct. R. 9, § 28.11.

PER CURIAM