

# BOARD OF PROFESSIONAL RESPONSIBILITY
## OF THE
## SUPREME COURT OF TENNESSEE

10 CADILLAC DRIVE, SUITE 220
BRENTWOOD, TENNESSEE 37027
TELEPHONE: (615) 361-7500
(800) 486-5714
FAX: (615) 367-2480
E-MAIL: ethics@tbpr.org
Website: www.tbpr.org

**RELEASE OF INFORMATION**
**RE: ANDY LAMAR ALLMAN, BPR #017857**
**CONTACT: A. RUSSELL WILLIS**
**BOARD OF PROFESSIONAL RESPONSIBILITY**
**615-361-7500**

June 19, 2018

## SUMNER COUNTY LAWYER DISBARRED

Effective June 19, 2018, the Supreme Court of Tennessee disbarred Andy Lamar Allman from the practice of law pursuant to Tennessee Supreme Court Rule 9, Section 12.1, and ordered him to pay restitution in the amount of $320,050.00 and costs of the disciplinary proceeding.

A Petition for Discipline was filed against Mr. Allman consisting of seventy-nine (79) separate complaints from individual clients. The Hearing Panel found Mr. Allman knowingly, intentionally and systematically failed to provide the substantive professional services for which he was retained, misappropriated unearned retainer fees provided by those clients and converted the funds to his personal or business use, and misled clients regarding the status of their cases and the filing of pleadings. The Panel further found Mr. Allman failed to notify his clients of his temporary suspension, engaged in the unauthorized practice of law and failed to respond to the Board regarding a disciplinary complaint. Mr. Allman's misconduct violated Tennessee Rules of Professional Conduct 1.1 (Competence); 1.2 (Scope of Representation and Allocation of Authority); 1.3 (Diligence); 1.4 (Communication); 1.5 (Fees); 1.15 (Safekeeping Property and Funds); 1.16 (Declining or Terminating Representation); 3.2 (Expediting Litigation); 3.4 (Fairness to Opposing Party and Counsel); 5.5 (Unauthorized Practice of Law); 8.1 (Bar Admissions and Disciplinary Matters), and 8.4(a), (b), (c) and (d) (Misconduct).

Mr. Allman must comply with the requirements of Tennessee Supreme Court Rule 9, Sections 18 and 30, regarding the obligations and responsibilities of disbarred attorneys and may not return to the active practice of law until an order of reinstatement has been entered by the Supreme Court.

Allman 2765-6 rel.doc

*Exhibit B*

IN THE SUPREME COURT OF TENNESSEE
AT NASHVILLE

FILED
06/19/2018
Clerk of the
Appellate Courts

**IN RE: ANDY LAMAR ALLMAN, BPR #017857**
An Attorney Licensed to Practice Law in Tennessee
(Sumner County)

**No. M2018-01080-SC-BAR-BP**
BOPR No. 2017-2765-6-AW

**ORDER OF ENFORCEMENT**

This matter is before the Court upon a Petition for Discipline filed against Andy Lamar Allman on August 29, 2017; upon the Board's Motion for Default Judgment and that Charges in Petition for Discipline Be Deemed Admitted filed on November 2, 2017; upon Order Granting Default Judgment in Petition for Discipline entered on November 13, 2017; upon Mr. Allman's Motion to Continue Hearing filed on December 4, 2017; upon Response of Board in Opposition to Respondent's Motion to Continue Hearing filed on December 5, 2017; upon Supplemental Response of Board in Opposition to Respondent's Motion to Continue Hearing filed on December 7, 2017; upon Respondent's Reply to Board Response in Opposition to Motion to Continue filed on December 7, 2017; upon the Order entered by the Panel on December 7, 2017; upon a Notice of Filing by the Board on December 28, 2017; upon a Notice of Board Regarding Hearing Dates filed by the Board on January 23, 2018; upon the entry of an Order Setting Case for Final Hearing by the Hearing Panel on February 24, 2018; upon Motion to Stay Disciplinary Hearings and Memorandum in Support filed on February 9, 2018; upon the Response of the Board in Opposition to Motion to Defer filed February 15, 2018; upon the Order entered by the Panel on February 16, 2018; upon the Order of Disbarment entered February 23, 2018; upon service to Respondent by the Executive Secretary of the Board of the Order of Disbarment on February 23, 2018, upon the Board's Application for Assessment of Costs filed on March 2, 2018; upon the Order Granting Application for Assessment of Costs entered by the Hearing Panel March 20, 2018; upon service of the Order Granting Application for Assessment of Costs to Respondent by the Executive Secretary of the Board on March 20, 2018; upon consideration and approval by the Board on May 7, 2018; upon expiration of the appeal period with no appeal taken; and upon the entire record in this cause.

From all of which the Court adopts the Hearing Panel's Order of Disbarment as the Court's Order.

1

On September 9, 2016, Mr. Allman was temporarily suspended by this Court pursuant to Tenn. Sup. Ct. R. 9, § 12.3 (Case No. M2016-01848-6-AW-12.3), and Mr. Allman has not requested, nor been granted reinstatement.

IT IS, THEREFORE, CONSIDERED, ORDERED, ADJUDGED AND DECREED BY THE COURT THAT:

(1) Andy Lamar Allman is disbarred from the practice of law and shall pay restitution in the amount of $320,050.00 to the specific individuals and amounts set forth in summary Trial Exhibit 2 attached hereto as Exhibit A.

(2) Prior to seeking reinstatement, Mr. Allman must have met all CLE requirements; have remitted all outstanding registration fees and outstanding professional privilege taxes, including those due from the date of this disbarment until the date of reinstatement; and have remitted all court costs and Board costs in this matter.

(3) The Order of Temporary Suspension entered September 9, 2016, (Case No. M2016-01848-SC-BAR-BP) is hereby dissolved.

(4) Pursuant to Tenn. Sup. Ct. R. 9, § 31.3(d), Mr. Allman shall pay to the Board of Professional Responsibility the expenses and costs of this matter in the amount of $6,395.60 and shall pay to the Clerk of this Court the costs incurred herein, within ninety (90) days of the entry of this Order, for all of which execution may issue if necessary.

(5) Pursuant to Tenn. Sup. Ct. R. 9, § 28.1, this Order shall be effective upon entry.

(6) The Board of Professional Responsibility shall cause notice of this discipline to be published as required by Tenn. Sup. Ct. R. 9, § 28.11.

PER CURIAM

## 2017-2765-6-AW

| Exhibit Tab No. | No. | File No. | Complainant | Date Respondent Received | Date Deposited/ Cashed | Check No. | Check Amount | Account |
|---|---|---|---|---|---|---|---|---|
|  | 45 | 50790 | Melinda Murphy | 5/23/2012 |  | Money Orders | $ 4,500.00 | Not in Volunteer Op or Trust |
|  | 3 | 45687c | Anita Taylor | 8/6/2012 |  |  | $ 4,500.00 | Not In Volunteer Op or Trust |
| A | 57 | 50936 | Timmy Carver | 2/10/2013 | 2/11/2013 | 112 | $ 4,500.00 | Volunteer Operating 901598 |
| A | 79 | 51368 | Jonathan Fontaine | 2/25/2013 | 2/25/2013 | 1089689 | $ 7,500.00 | Volunteer Operating 901598 |
| A | 51 | 50895 | Sharon Conner | 2/26/2013 | 2/27/2013 | 1562 | $ 4,500.00 | Volunteer Operating 901598 |
| B | 28 | 50474 | William Powell | 3/4/2013 | 3/5/2013 | 434433 | $ 4,500.00 | Volunteer Operating 901598 |
| C | 44 | 50784 | Darrell Taylor | 4/3/2013 | 4/4/2013 | 1463 | $ 4,500.00 | Volunteer Operating 901598 |
| C | 47 | 50866 | Tabetha Ellis | 4/17/2013 | 4/17/2013 | 2729 | $ 4,500.00 | Volunteer Operating 901598 |
| D | 13 | 50321 | Leslie Willis | 6/11/2013 | 6/11/2013 | 1027 | $ 4,500.00 | Volunteer Operating 901598 |
| E | 12 | 50318 | Jeanette Wiseman | 9/30/2013 | 9/30/2013 | 1566 | $ 4,500.00 | Volunteer Operating 901598 |
| F | 29 | 50510 | Sandra Link | 10/23/2013 | 10/24/2013 | 1108 | $ 4,500.00 | Volunteer Operating 901598 |
|  | 74 | 51279 | Deborah Alves | 11/8/2013 |  | Cash | $ 1,000.00 | Not in Volunteer Trust or Operating |
| G | 72 | 51190 | Gordon Medina | 11/11/2013 | 11/12/2013 | 2518 | $ 4,500.00 | Volunteer Operating 901598 |
| G | 24 | 50439 | Angela C. Yates | 11/22/2013 | 11/22/2013 | 1535 | $ 4,500.00 | Volunteer Operating 901598 |
| H | 70 | 51144 | Sharon Sullivan | 12/9/2013 | 12/9/2013 | 6655 | $ 2,500.00 | Volunteer Operating 901598 |
| H | 23 | 50438 | Birdie Jones | 12/10/2013 | 12/10/2013 | 300103 | $ 4,500.00 | Volunteer Operating 901598 |
| H | 74 | 51279 | Deborah Alves | 12/27/2013 | 12/27/2013 | 1347 | $ 1,000.00 | Volunteer Operating 901598 |
| H | 39 | 50694 | Glenn Paschall | 12/30/2013 | 12/31/2013 | W526322 | $ 500.00 | Volunteer Operating 901598 |
| H | 39 | 50694 | Glenn D. Paschall | 12/31/2013 | 1/2/2014 | 935282 | $ 1,000.00 | Volunteer Operating 901598 |
| I | 39 | 50694 | Glenn Paschall | 1/3/2014 | 12/31/2013 | 9649 | $ 500.00 | Volunteer Operating 901598 |
| I | 40 | 50700 | Drusilla Martin | 1/16/2014 | 1/16/2014 | 1007 | $ 4,500.00 | Volunteer Operating 901598 |
| I | 4 | 46025c | Michael O. Davis | 1/23/2014 | 1/24/2014 | 2706 | $ 4,500.00 | Volunteer Operating 901598 |
|  | 48 | 50880 | Clarissa Lee | 2/4/2014 |  | Check | $ 4,500.00 | Not In Volunteer Op or Trust |
|  | 53 | 50905 | Rachell Scott | 2/4/2014 |  | Check | $ 4,500.00 | Not In Volunteer Op or Trust |
| J | 32 | 50574 | Harold Glover | 2/22/2014 | 2/24/2014 | 1050 | $ 2,500.00 | Volunteer Trust 903116 |
| K | 49 | 50883 | Dale Lynn Sadlin | 2/27/2014 | 2/27/2014 | 87-431/641 | $ 4,500.00 | Volunteer Operating 901598 |
| L | 5 | 47674c | Joseph E Bennett | 4/4/2014 | 4/7/2014 | 236733 | $ 4,500.00 | Volunteer Operating 901598 |
| L | 27 | 50448 | Thomas Obrock | 4/29/2014 | 4/30/2014 | 4950 | $ 4,500.00 | Volunteer Operating 901598 |
|  | 54 | 50920 | Sandra T Smith | 4/5/2014 |  | Cash | $ 700.00 | Not in Volunteer Op or Trust |
|  | 78 | 51343 | Kevin Bass | 4/11/2014 |  | Check | $ 4,500.00 | Not in Volunteer Op or Trust |
| M | 65 | 51043 | Reginald Radford | 5/6/2014 | 5/6/2014 | 1232 | $ 4,500.00 | Volunteer Operating 901598 |
|  | 54 | 50920 | Sandra T Smith | 6/13/2014 |  | 1048 | $ 3,800.00 | Not In Volunteer Op or Trust |
| N | 16 | 50337 | Jennifer Luziettli | 7/18/2014 | 7/18/2014 | 2012 | $ 4,500.00 | Volunteer Operating 901598 |
| N | 43 | 50719 | Steven Clements | 7/29/2014 | 7/29/2014 | 919 | $ 4,500.00 | Volunteer Operating 901598 |
|  | 75 | 51321 | David Pressley | 8/6/2014 |  | Cash or Check | $ 4,500.00 | Unknown |

EXHIBIT #2 2-23-17

Exhibit A

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| O | 10 | 50272 | Betty J. Fox | 9/27/2014 | 9/29/2014 | 5767 | $ 4,500.00 | Volunteer Operating/Cashed |
| P | 2 | 45271c | Barbara Cahalan | 12/1/2014 | 12/1/2014 | 453 | $ 4,500.00 | Volunteer Operating 901598 |
| | 1 | 44261 | John Mumford | 12/2/2014 | 12/2/2014 | 1725506460 | $ 4,500.00 | Volunteer Operating 901598 |
| Q | 68 | 51106 | Amy Wallace | 12/8/2014 | 12/8/2014 | 1001 | $ 4,500.00 | $4k to Pinnacle Operating 5898654 $500 to Pinnacle Personal 5894326 |
| R | 7 | 49933 | Resheana Barnes | 1/2/2015 | 1/2/2015 | 1149102711 Cashier's Check | $ 4,500.00 | Pinnacle Operating 5898654 |
| S | 55 | 50934 | Samuel Payne | 1/25/2015 | 1/25/2015 | 9793 | $ 4,500.00 | Pinnacle Operating 5898654 |
| | 8 | 50089 | Wanda Draughon | 2/10/2015 | 2/11/2015 | 5768 | $ 2,000.00 | Pinnacle Operating 5898654 |
| | 8 | 50089 | Wanda Draughon | 2/10/2015 | | CASH | $ 2,500.00 | Not in Pinnacle Op, Trust or Personal |
| T | 64 | 51040 | Reba H Smith | 2/9/2015 | 2/9/2015 | 1598 | $ 4,500.00 | Pinnacle Trust 5898742 |
| U | 26 | 50442 | Marilyn Bryant | 3/2/2015 | 3/2/2015 | 2383 | $ 4,500.00 | Pinnacle Operating 5898654 |
| V | 22 | 50426 | Lori Stratton | 3/4/2015 | 3/4/2015 | 7084 | $ 2,250.00 | Pinnacle Trust 5898742 |
| W | 63 | 51015 | Latonya Drumwright | 4/2/2015 | 4/2/2015 | 1068 | $ 4,500.00 | Pinnacle Trust 5898742 |
| X | 69 | 51130 | Laural Hemenway | 4/8/2015 | 4/8/2015 | 1006 | $ 4,500.00 | Pinnacle Personal 5894326 |
| Y | 20 | 50397 | Jacqueline Carr | 4/22/2015 | 4/22/2015 | 1019 | $ 4,500.00 | Pinnacle Operating 5898654 |
| | 9 | 50265 | Larry W Riley, Jr | 5/5/2015 | 5/5/2015 | 1068 | $ 2,500.00 | Pinnacle Operating 5898654 |
| | 31 | 50571 | Lindsey E Gray | 5/8/2015 | 5/8/2015 | 101 | $ 4,000.00 | Pinnacle Operating 5898654 |
| | 58 | 50937 | Diana M McDowell | 5/18/2015 | 5/18/2015 | 5982 | $ 4,500.00 | $500 Cashed $4k Pinnacle Operating 5898654 |
| Z | 33 | 50579 | Tiffany Tarpley | 6/17/2015 | 6/17/2015 | 853106443 Cashier's Check | $ 2,500.00 | Pinnacle Operating 5898654 |
| AA | 19 | 50391 | Amy E Hines (Atuah) | 7/15/2015 | 7/16/2015 | 1078 | $ 3,000.00 | Pinnacle Operating 5898654 |
| | 67 | 51102 | Jarisa Fitch | 7/17/2015 | | Cash | $ 800.00 | Not in Trust or Operating |
| BB | 33 | 50579 | Tiffany Tarpley | 7/31/2015 | 8/4/2015 | 853106644 Cashier's Check | $ 250.00 | Pinnacle Operating 5898654 |
| | 66 | 51049 | Elaine Rogers | 8/10/2015 | 8/10/2015 | 6753 | $ 4,500.00 | Pinnacle Operating 5898654 |
| | 77 | 51328 | Rodney D Huckabee | 8/10/2015 | 8/10/2015 | 361697 Cashier's Check | $ 4,500.00 | Pinnacle Operating 5898654 |
| | 50 | 50889 | James P. Walker | 8/12/2015 | 8/13/2015 | 2302 | $ 4,500.00 | Pinnacle Operating 5898654 |
| CC | 17 | 50386 | Ginny O'Kelley | 8/17/2015 | 8/17/2015 | 92777 Cashier's Check | $ 4,500.00 | Pinnacle Personal 5894326 |
| DD | 33 | 50579 | Tiffany Tarpley | 8/27/2015 | 8/28/2015 | 853106777 Cashier's Check | $ 250.00 | Pinnacle Operating 5898654 |
| | 14 | 50327 | Bradley Bynum | 9/11/2015 | 9/11/2015 | 1231 | $ 2,500.00 | Pinnacle Operating 5898654 |
| | 30 | 50545 | Charles Edwards | 8/29/2015 | | Cash | $ 2,500.00 | Not in Pinnacle Op, Trust or Personal |
| EE | 15 | 50329 | Helen Castle | 9/28/2015 | 9/28/2015 | 427589 Cashier's Check | $ 2,500.00 | Pinnacle Operating 5898654 |
| | 18 | 50387 | Edward T Bailey | 10/14/2015 | 10/14/2015 | 2100 | $ 4,500.00 | Pinnacle Operating 5898654 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| FF | 61 | 50976 | Tena R Trice | 10/22/2015 | 10/22/2015 | | 1018 | $ 4,500.00 | $1,600 Cashed<br>$2,900 Pinnacle Operating 5898654 |
| GG | 56 | 50935 | Gayle Starling Melvin | 10/26/2015 | 10/26/2015 | Wire Transfer | | $ 4,500.00 | Pinnacle Trust 5898742 |
| | 30 | 50545 | Charles Edwards | 10/27/2015 | | Cash | | $ 3,000.00 | Not In Pinnacle Op, Trust or Personal |
| HH | 59 | 50956 | Mary G MacDougall | 1/7/2016 | 1/7/2016 | | 1412 | $ 4,500.00 | Pinnacle Operating 5898654 |
| II | 42 | 50715 | Andre S Johnson | 2/4/2016 | 2/8/2016 | | 176 | $ 4,500.00 | Pinnacle Operating 5898654 |
| | 36 | 50648 | Tonya G Blades | 2/5/2016 | 2/8/2016 | | 307580 Cashier's Check | $ 4,500.00 | Pinnacle Operating 5898654 |
| | 33 | 50579 | Tiffany Tarpley | 2/17/2016 | 2/17/2016 | | 211097 Cashier's Check | $ 500.00 | Pinnacle Operating 5898654 |
| JJ | 60 | 50957 | Belinda H Hatcher | 2/19/2016 | 2/19/2016 | | 5960 | $ 4,500.00 | Pinnacle Operating 5898654 |
| | 25 | 50440 | Eddie J Arnold | 2/23/2016 | 2/23/2016 | | 6237 | $ 4,500.00 | Pinnacle Operating 5898654 |
| | 35 | 50607 | Sylvia Wirth (Quezada) | 2/24/2016 | 2/25/2016 | | 453 | $ 4,500.00 | Pinnacle Operating 5898654 |
| | 21 | 50424 | Lisa Bryant | 3/7/2016 | 3/7/2016 | | 114 | $ 2,500.00 | Pinnacle Operating 5898654 |
| KK | 46 | 50863 | Linda Green | 3/21/2016 | 3/22/2016 | | 966 | $ 4,500.00 | Pinnacle Operating 5898654 |
| LL | 38 | 50664 | Lucresha Ward | 3/29/2016 | 3/30/2016 | | 379 | $ 2,250.00 | Simmons Operating 8752 |
| | 38 | 50664 | Lucresha Ward | 3/29/2016 | 3/30/2016 | Cash | | $ 2,250.00 | Simmons Operating 8752 |
| | 71 | 51148 | Karen Gray | 3/31/2016 | 3/31/2016 | | 6545 | $ 4,500.00 | Simmons Operating 8752 |
| MM | 34 | 50583 | Cheryl Regan | 7/15/2016 | 7/15/2016 | | 767 | $ 4,500.00 | Simmons Trust xxxx8809 |
| NN | 73 | 51270 | Brenda Hayes | 7/21/2016 | 7/21/2016 | | 2031 | $ 4,500.00 | $500 Cashed<br>$4k to Simmons Operating 8752 |
| | 11 | 50311 | Nina Chapman | 8/17/2016 | | | 2432 | $ 4,500.00 | Not In Simmons Op, Trust or Personal |
| | 76 | 51324 | Wanda Kelley | 11/7/2016 | | Cash | | $ 4,500.00 | Unknown |
| | 52 | 50899 | Lisa Smelser | 11/22/2016 | | Cashier's Check | | $ 4,500.00 | Not In Simmons Op, Trust or Personal |
| | 37 | 50663 | Velesta Rouse | Late 2010 | | Check | | $ 4,500.00 | BPR does not have 2010 records |
| | 6 | 49573 | William A. Blue, Esq. | N/A | N/A | N/A | | N/A | N/A |
| | 41 | 50705 | Debby Norman | N/A | N/A | N/A | | N/A | N/A |
| | 62 | 51011 | Aaron Ryan, Esq. | N/A | N/A | N/A | | N/A | N/A |