

# BOARD OF PROFESSIONAL RESPONSIBILITY
## OF THE
## SUPREME COURT OF TENNESSEE

10 CADILLAC DRIVE, SUITE 220
BRENTWOOD, TENNESSEE 37027
TELEPHONE: (615) 361-7500
(800) 486-5714
FAX: (615) 367-2480
E-MAIL: ethics@tbpr.org
Website: www.tbpr.org

**RELEASE OF INFORMATION**
**RE: ANDY LAMAR ALLMAN, BPR #017857**
**CONTACT: A. RUSSELL WILLIS**
**BOARD OF PROFESSIONAL RESPONSIBILITY**
**615-361-7500**

July 13, 2018

## SUMNER COUNTY LAWYER DISBARRED

Effective July 13, 2018, the Supreme Court of Tennessee disbarred Andy Lamar Allman from the practice of law and ordered restitution in the amount of $322,898.85, and costs of the disciplinary proceeding be paid.

This is the second order disbarring Mr. Allman and is based upon a Petition for Discipline involving forty-six (46) separate disciplinary complaints filed against Mr. Allman, an unfiled Supplemental Petition for Discipline containing nine (9) complaints and two (2) disciplinary complaints under investigation.

Mr. Allman knowingly and intentionally misappropriated client funds received in the settlement of litigation claims and life insurance proceeds held in trust for a minor child, knowingly, intentionally and systematically misappropriated unearned retainer fees and converted the funds to his personal or business use, failed to provide the substantive professional services for which he was retained, and misled clients regarding the status of their cases and the filing of pleadings. Mr. Allman failed to notify his clients of his temporary suspension, engaged in the unauthorized practice of law, and failed to respond to the Board regarding a disciplinary complaint.

Mr. Allman admitted violating Tennessee Rules of Professional Conduct 1.1 (competence); 1.3 (diligence); 1.4 (communication); 1.5 (fees); 1.15 (safekeeping property and funds); 1.16 (declining or terminating representation); 3.3 (candor toward the tribunal); 3.4 (fairness to opposing party and counsel); 5.5 (unauthorized practice of law); 8.1 (disciplinary matters); and 8.4 (misconduct).

Mr. Allman must comply with the requirements of Tennessee Supreme Court Rule 9, Sections 18 and 30, regarding the obligations and responsibilities of disbarred attorneys and may not return to the active practice of law until an order of reinstatement has been entered by the Supreme Court.

Allman 2830-6 rel.doc

*Exhibit C*

FILED
07/13/2018
Clerk of the
Appellate Courts

# IN THE SUPREME COURT OF TENNESSEE
# AT NASHVILLE

**IN RE: ANDY LAMAR ALLMAN, BPR #017857**
An Attorney Licensed to Practice Law in Tennessee
(Sumner County)

---

**No. M2018-01279-SC-BAR-BP**
BOPR No. 2018-2830-6-AW

---

## ORDER OF ENFORCEMENT

This matter is before the Court upon a Petition for Discipline filed against Andy Lamar Allman on February 21, 2018, a Supplemental Petition for Discipline approved by the Board but not yet filed, and two (2) disciplinary complaints (#52720 and #56319) under investigation; upon Mr. Allman's Notice of Intent to Enter a Conditional Guilty Plea in Lieu of Answer on May 18, 2018; upon Mr. Allman's Conditional Guilty Plea, with attached Schedule A, filed on June 8, 2018; upon the Hearing Panel's Order Recommending Approval of Conditional Guilty Plea, including Schedule A, entered June 18, 2018; upon consideration and approval by the Board on June 19, 2018; and upon the entire record in this cause.

From all of which the Court accepts the recommendation of the Hearing Panel and adopts the Order Recommending Approval of Conditional Guilty Plea as the Court's Order.

Mr. Allman was disbarred by this Court by Order of Enforcement (Case No. M2018-01080-SC-BAR-BP) entered on June 19, 2018, and has neither requested nor been granted reinstatement from said Order.

IT IS, THEREFORE, CONSIDERED, ORDERED, ADJUDGED AND DECREED BY THE COURT THAT:

(1) Pursuant to Tenn. Sup. Ct. R. 9, § 12.1, Andy Lamar Allman is hereby disbarred and shall pay restitution in the amount of $322,898.85 to the specific individuals and amounts set forth in Schedule A attached hereto. To the extent restitution is paid by the Tennessee Lawyer's Fund for Client Protection ("TLFCP"), Mr. Allman shall reimburse TLFCP for said amount and shall remain obligated to the individuals listed above for any unpaid restitution.

Case 3:21-cv-00267   Document 26-3   Filed 07/01/21   Page 2 of 5 PageID #: 1095

(2) Pursuant to Tenn. Sup. Ct. R. 9, § 31.3(d), Mr. Allman shall pay to the Board of Professional Responsibility the expenses and costs of this matter in the amount of $3,203.64 and shall pay to the Clerk of this Court the costs incurred herein, within ninety (90) days of the entry of this Order, for all of which execution may issue if necessary.

(3) Prior to seeking reinstatement, Mr. Allman must have met all CLE requirements; have remitted all outstanding registration fees and outstanding professional privilege taxes, including those due from the date of this disbarment until the date of reinstatement; and have remitted all court costs and Board costs in this matter.

(4) The Board of Professional Responsibility shall cause notice of this discipline to be published as required by Tenn. Sup. Ct. R. 9, § 28.11.

(5) Pursuant to Tenn. Sup. Ct. R. 9, § 28.1, this Order shall be effective upon entry.

PER CURIAM

# SCHEDULE A

## 2018-2830-6-AW

| Complaint No. | File No. | Client Name | Date Respondent Received | Date Deposited/ Cashed | Check No. | Check Amount |
|---|---|---|---|---|---|---|
| 1 | 49087 | Nicholas Rouse | 4/27/2016 | 4/28/2016 | 6840601742 | $4,500.00 |
| 2 | 50005c | Jay Cohen | 6/30/2016 | | | $4,500.00 |
| 3 | 50306 | Kaylah Pate | 7/9/2014 | 7/9/2014 | 1342 | $4,500.00 |
| 4 | 50591 | Robert Willis, Jr. | May-12 | | | $1,750.00 |
| 5 | 50753 | Cynthia Taylor | 12/3/2015 | 12/3/2015 | 2598 | $4,500.00 |
| 6 | 50767 | Jeffery Johnson | 12/20/2013 | | | $4,500.00 |
| 6 | 50767 | Jeffery Johnson | 2/10/2015 | 2/23/2015 | 658722 | $2,355.10 |
| 6 | 50767 | Jeffery Johnson | 2/12/2015 | 2/23/2015 | 1075220 | $3,166.67 |
| 7 | 50809 | Kathy Eggers | 8/28/2015 | 9/1/2015 | 3103 | $4,500.00 |
| 8 | 50869 | Gregory Wright | 2013 | | | $4,500.00 |
| 9 | 50877 | Wanda Meeks | 8/12/2014 | | | $4,500.00 |
| 10 | 50898 | Phillip Stinson, Jr. | 11/25/2014 | 11/26/2014 | 2417 | $2,500.00 |
| 10 | 50898 | Phillip Stinson, Jr. | 12/1/2014 | 12/1/2014 | 2419 | $2,000.00 |
| 11 | 50902 | Mark Weakley | 10/13/2014 | 10/13/2014 | 42588 | $43,000.00 |
| 11 | 50902 | Mark Weakley | 10/13/2014 | 10/13/2014 | 42589 | $100,000.00 |
| NO # | 50923 | Barabara Johnson | 7/11/2013 | | Cash | $4,500.00 |
| 12 | 50960 | Michael Dycus | 3/14/2014 | 3/17/2014 | 94 | $108,077.08 |
| 13 | 50962 | Kyle Fletcher | 10/14/2015 | | Cash | $4,500.00 |
| 14 | 51000 | Charles Carr | 6/30/2014 | 7/1/2014 | 4487 | $7,500.00 |
| 15 | 51041 | Mary Jenkins | 7/3/2014 | 7/3/2014 | 1965 | $4,500.00 |
| 16 | 51045 | Frances Taylor | 8/29/2015 | 9/1/2015 | 1652 | $4,500.00 |
| 17 | 51191 | Sharon Gaye | 11/28/2014 | 11/28/2015 | 976002568 | $4,500.00 |
| 18 | 51214 | Randy Johnson | Apr-14 | | | $5,000.00 |
| 19 | 51422 | Josephine McQuall | 1/12/2016 | 1/12/2016 | 1115 | $4,000.00 |
| 20 | 51433 | Virgil Gamble | 10/19/2012 | 10/22/2012 | 2555 | $4,500.00 |
| 21 | 51434 | Ann Williams | 8/7/2015 | 8/7/2015 | 5955 | $4,500.00 |
| 22 | 51462c | Ernest J. Blanchard | 4/20/2015 | 4/20/2015 | 1638 | $7,500.00 |
| 23 | 51712 | Pamela Tanner | 5/7/2014 | 5/7/2014 | Money Orders | $2,500.00 |
| 24 | 51859 | Pamela Davis | 9/22/2015 | 9/22/2015 | 2562 | $2,500.00 |
| 25 | 51956 | Gregory Brent | 11/16/2011 | | | $1,000.00 |
| 25 | 51956 | Gregory Brent | Nov-11 | | Cash | $1,500.00 |
| 26 | 51996 | Julie Baker | 10/27/2015 | 10/27/2015 | 4444 | $3,000.00 |
| 27 | 52052 | Roger Bobo | 10/30/2014 | | | $3,500.00 |
| 28 | 52119 | Deborah Gunther | 12/29/2014 | 12/30/2014 | 512548 Cashier's | $4,500.00 |
| 29 | 52189 | Steven Engel | Sep-13 | | Cash | $600.00 |
| 29 | 52189 | Steven Engel | Sep-13 | | Check | $500.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | 52222 | Pamela McInish | 4/10/2013 | 4/10/2013 | 109 | $4,500.00 |
| 31 | 52298 | Bryan Fox | 6/6/2014 | 6/6/2014 | 4855 | $4,500.00 |
| 32 | 52708 | Inge Goodson | 3/7/2013 | 3/7/2013 | 1101 | $4,500.00 |
| 33 | 53064 | Leland Fuller | 3/17/2015 | 3/17/2015 | 1419 | $4,500.00 |
| 34 | 50108 | Brooklyn Harris | 10/3/2014 | 11/4/2014 | 3695 | $4,500.00 |
| 35 | 50665 | Beverly Ward | 12/5/2014 | | Cash | $4,500.00 |
| 36 | 50852 | Jackqueline Brewer | Jul-10 | | | $700.00 |
| 36 | 50852 | Jackqueline Brewer | Oct-10 | | | $4,000.00 |
| 37 | 51116 | Dorothy Kirk | 1/13/2014 | 1/13/2014 | 2072 | $2,500.00 |
| 38 | 52706 | Teresa Roark | 6/8/2012 | | | $750.00 |
| 39 | 52765 | Mark Plush | 7/2/2015 | 7/2/2015 | 106 | $4,500.00 |
| 40 | 52826 | Ezekiel Banks | 1/21/2011 | | | $1,500.00 |
| 41 | 53155 | Carol Jarman | 4/8/2014 | | | $4,500.00 |
| 42 | 53167 | Doris Barnett | 5/13/2015 | | | $1,000.00 |
| 42 | 53167 | Doris Barnett | 6/9/2015 | 6/9/2015 | 2806 | $3,500.00 |
| 43 | 53637 | Sandra Hudson | 8/1/2016 | | CASH | $4,500.00 |
| 44 | 53686 | Board | N/A | N/A | N/A | N/A |
| 45 | 53706 | Valerie Bynum | 6/24/2015 | 6/24/2015 | 1176 | $4,500.00 |
| 46 | 59887 | Media Report | N/A | N/A | N/A | N/A |
| **Supplemental Petition** | | | | | | |
| 1 | 441880 | Carral Liles | April, 2013 | | | |
| 2 | 50498 | Deborah Grodzicki | 1/16/2015 | 1/16/2015 | 2512 | $7,500.00 |
| 3 | 51149 | Teresa Kidd | 1/15/2015 | 1/15/2015 | 1006 | $4,500.00 |
| 4 | 52610 | Patricia McNamara | 5/1/2016 | 5/2/2016 | 1030 | $2,500.00 |
| 5 | 53589 | Dennis Troutman | 3/18/2014 | | | $4,500.00 |
| 6 | 54339 | Karen Chan | 1/31/2015 | | | $4,500.00 |
| 7 | 54905 | Daniel Johnson | 8/9/2016 | 8/10/2016 | 1426 | $4,500.00 |
| **Pending Complaints Not Filed** | | | | | | |
| 1 | 52720 | Cyril DeMasana | NA | NA | NA | $2,500.00 |
| 2 | 56319 | Beverly Roberts | NA | NA | NA | $2,500.00 |

**TOTAL - $322,898.85**