

# BOARD OF PROFESSIONAL RESPONSIBILITY
## OF THE
# SUPREME COURT OF TENNESSEE

10 CADILLAC DRIVE, SUITE 220
BRENTWOOD, TENNESSEE 37027
TELEPHONE: (615) 361-7500
(800) 486-5714
FAX: (615) 367-2480
E-MAIL: ethics@tbpr.org
Website: www.tbpr.org

**RELEASE OF INFORMATION**
**RE: ANDY LAMAR ALLMAN, BPR #017857**
**CONTACT: A. RUSSELL WILLIS**
**BOARD OF PROFESSIONAL RESPONSIBILITY**
**615-361-7500**

July 31, 2018

## SUMNER COUNTY LAWYER DISBARRED

Effective July 30, 2018, the Supreme Court of Tennessee disbarred Andy Lamar Allman from the practice of law and ordered restitution in the amount of $511,386.50 and costs of the disciplinary proceeding be paid.

This is the third order disbarring Mr. Allman and is based upon a Petition for Discipline, Supplemental Petition for Discipline, Second Supplemental Petition for Discipline, and Third Supplemental Petition for Discipline involving seventy-four (74) separate disciplinary complaints.

Mr. Allman submitted a Conditional Guilty Plea on June 8, 2018, admitting he knowingly and intentionally misappropriated client funds received in the sale of real estate and/or the settlement of litigation claims; knowingly, intentionally and systematically misappropriated unearned retainer fees and converted the funds to his personal or business use; failed to provide the substantive professional services for which he was retained; and misled clients regarding the status of their cases and the filing of pleadings. Mr. Allman failed to notify his clients of his temporary suspension, engaged in the unauthorized practice of law, and failed to respond to the Board regarding a disciplinary complaint.

Mr. Allman admitted violating Tennessee Rules of Professional Conduct 1.1 (competence); 1.2 (scope of representation); 1.3 (diligence); 1.4 (communication); 1.5 (fees); 1.15 (safekeeping property and funds); 1.16 (declining or terminating representation); 3.2 (expediting litigation); 5.5 (unauthorized practice of law); 8.1 (disciplinary matters); and 8.4 (misconduct).

Mr. Allman must comply with the requirements of Tennessee Supreme Court Rule 9, Sections 18 and 30, regarding the obligations and responsibilities of disbarred attorneys and may not return to the active practice of law until an order of reinstatement has been entered by the Supreme Court.

Allman 2564-6 rel.doc

*Exhibit D*

FILED
07/30/2018
Clerk of the
Appellate Courts

IN THE SUPREME COURT OF TENNESSEE
AT NASHVILLE

**IN RE: ANDY LAMAR ALLMAN, BPR #017857**
An Attorney Licensed to Practice Law in Tennessee
(Sumner County)

No. M2018-01208-SC-BAR-BP
BOPR No. 2016-2564-6-AW

**ORDER OF ENFORCEMENT**

This matter is before the Court upon a Petition for Discipline filed against Andy Lamar Allman on March 2, 2016; upon Mr. Allman's Answer to the Petition for Discipline filed May 20, 2016; upon a Supplemental Petition for Discipline filed against Mr. Allman on August 29, 2016; upon a Second Supplemental Petition for Discipline filed against Mr. Allman on November 15, 2016; upon a Third Supplemental Petition for Discipline filed against Mr. Allman on June 7, 2017; upon Order Concerning Certain Motions Filed By The Respondent Allman And The Board entered by the Hearing Panel on January 19, 2018; upon Order Concerning Certain Motions Filed By The Respondent Allman And Board Responses entered by the Hearing Panel on April 26, 2018; upon Notice of Intent To Enter Conditional Guilty Plea In Lieu Of Answer filed by Mr. Allman on May 18, 2018; upon Mr. Allman's Conditional Guilty Plea with the attached Schedule B filed on June 8, 2018; upon the Hearing Panel's Order Recommending Approval of Conditional Guilty Plea entered June 18, 2018; upon consideration and approval by the Board on June 19, 2018; and upon the entire record in this cause.

From all of which the Court accepts the recommendation of the Hearing Panel and adopts the Order Recommending Approval of Conditional Guilty Plea as the Court's Order.

IT IS, THEREFORE, CONSIDERED, ORDERED, ADJUDGED AND DECREED BY THE COURT THAT:

(1) Pursuant to Tenn. Sup. Ct. R. 9, § 12.1, Andy Lamar Allman is hereby disbarred and shall pay restitution in the amount of $511,386.50 to the specific individuals and amounts set forth in Schedule B attached hereto. To the extent restitution is paid by the Tennessee Lawyer's Fund for Client Protection ("TLFCP"), Mr. Allman shall reimburse TLFCP for said amount and shall remain obligated to the individuals listed above for any unpaid restitution.

(2)     Pursuant to Tenn. Sup. Ct. R. 9, § 31.3(d), Mr. Allman shall pay to the Board of Professional Responsibility the expenses and costs of this matter in the amount of $10,185.61 and shall pay to the Clerk of this Court the costs incurred herein, within ninety (90) days of the entry of this Order, for all of which execution may issue if necessary.

(3)     Prior to seeking reinstatement, Mr. Allman must have met all CLE requirements; have remitted all outstanding registration fees and outstanding professional privilege taxes, including those due from the date of this disbarment until the date of reinstatement; and have remitted all court costs and Board costs in this matter.

(4)     The Board of Professional Responsibility shall cause notice of this discipline to be published as required by Tenn. Sup. Ct. R. 9, § 28.11.

(5)     Pursuant to Tenn. Sup. Ct. R. 9, § 28.1, this Order shall be effective upon entry.

PER CURIAM

## SCHEDULE B

### 2016-2564-6-AW

| Petition | Comp. No. | File No. | Client Name | Date Respondent Received | Date Deposited/ Cashed | Check No. | Check Amount |
|---|---|---|---|---|---|---|---|
| Petition | 1 | 37750 | Thomas Peeler | 9/14/2011 | 9/15/2011 | 2279 | $2,500.00 |
| Petition | 2 | 37750 | Thomas Peeler | 3/12/2012 | 3/13/2012 | 2327 | $1,500.00 |
| Petition | 3 | 40060 | Patrick Chandler | 2012 | | | |
| Petition | 4 | 40944c | Mark Webb | 1/8/2015 | 1/8/2015 | 0953002095 Cashier's | $5,000.00 |
| Petition | 5 | 40668c | Leslie Jones | 12/18/2012 | | | $4,500.00 |
| Petition | 6 | 42048 | Rollow Mickle | 1/30/2014 | 1/30/2014 | 1195 | $5,000.00 |
| Petition | 7 | 42208 | Scotty Hatton | 3/18/2015 | 3/18/2015 | 348 | $4,500.00 |
| Petition | 8 | 42228 | Gerald Newsom | 9/8/2011 | | | $3,500.00 |
| 1st Supp | 9 | 41085c | Richard Locke | 4/2/2013 | 4/2/2013 | 1232 | $4,500.00 |
| 1st Supp | 10 | 40604c | Emonnie D. Branch | 3/21/2013 | | Cash | $2,500.00 |
| 1st Supp | 11 | 41110c | Rose Ponce | 2/6/2015 | 3/4/2015 3/23/2015 | 98767 98768 | $24,377.52 |
| 1st Supp | 12 | 42011c | Derinda Adams-Carr | 11/27/2012 | 11/28/2012 | 500 | $4,500.00 |
| 1st Supp | 13 | 42049 | Tauna Blaisdell | 2/20/2014 | 2/20/2014 | 1410 | $4,500.00 |
| 1st Supp | 14 | 42369c | Tammy Locke | 2/21/2014 | | | $4,500.00 |
| 1st Supp | 15 | 44424c | Tony Flores | 6/3/2014 | 6/3/2014 | 266 | $3,500.00 |
| 2nd Supp | 16 | 44361c | Lisa McConnell | 8/30/2013 | 8/29/2013 | 261 | $2,500.00 |
| 2nd Supp | 17 | 44361c | Lisa McConnell | 9/13/2013 | 9/12/2013 | 262 | $2,000.00 |
| 2nd Supp | 18 | 44727c | Angela Wolf | 8/28/2012 | 8/28/2012 | 2069 | $4,500.00 |
| 2nd Supp | 19 | 44920 | Terri Harrison | 11/17/2011 | | | $3,500.00 |
| 3rd Supp | 20 | 49966 | Cathy Brown | 12/21/2015 | 12/21/2015 | 5037 | $1,500.00 |
| 3rd Supp | 21 | 49966 | Cathy Brown | 8/15/2016 | 8/15/2016 | 9929 | $230,064.09 |
| 3rd Supp | 22 | 50363n | Simmons Bank | 8/15/2016 | | | Repeat of above |
| 3rd Supp | 23 | 48997n | Simmons Bank | N/A | N/A | N/A | N/A |
| 3rd Supp | 24 | 40542 | Corwin Robinson | 4/12/2012 | | | $4,500.00 |
| 3rd Supp | 25 | 46073 | Ron Nollner | 4/11/2014 | 4/11/2014 | 2278 | $2,000.00 |
| 3rd Supp | 26 | 46073 | Ron Nollner | 5/5/2014 | 5/5/2014 | 2279 | $2,500.00 |
| 3rd Supp | 27 | 50710 | Margaret Brooke, Esq. | N/A | N/A | N/A | N/A |
| 3rd Supp | 28 | 50167 | Michael Kramer, MD | 5/16/2012 | | | $5,000.00 |
| 3rd Supp | 29 | 50075 | Lillie Taylor | 11/14/2014 | 11/14/2014 | 7033825143 | $2,250.00 |
| 3rd Supp | 30 | 50035 | Bethany Stollar | 5/16/2014 | 5/16/2014 | 178 | $4,500.00 |
| 3rd Supp | 31 | 50037 | Karen McKnuckles | 10/26/2015 | | Cash | $4,500.00 |
| 3rd Supp | 32 | 50088 | Barbara Hardy | 3/24/2015 | 3/24/2015 | 7221 | $2,000.00 |
| 3rd Supp | 33 | 50124 | Michelle Frontera | 8/12/2014 | 8/12/2014 | 3222 | $4,500.00 |
| 3rd Supp | 34 | 50142 | Yvonne Pratcher | 12/4/2015 | 12/4/2015 | 2190 | $4,500.00 |
| 3rd Supp | 35 | 50155 | Virginia Simpkins | 10/31/2014 | 11/3/2014 | 4269 | $4,500.00 |
| 3rd Supp | 36 | 50165 | Meriel Bailey | 12/11/2015 | 12/14/2015 | 1072 | $3,000.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3rd Supp | 37 | 49246 | Linda Cela | 11/5/2014 | 11/5/2014 | 524 | $4,500.00 |
| 3rd Supp | 38 | 49783 | Cheryl Garrett | 4/14/2014 | 4/14/2014 | 2799 | $4,500.00 |
| 3rd Supp | 39 | 49799 | Lorenzo Tesfay | 8/8/2013 | | | $4,500.00 |
| 3rd Supp | 40 | 49939 | Robert Lussier | 5/19/2015 | | | $4,500.00 |
| 3rd Supp | 41 | 49964 | Roger Brown | 12/13/2013 | 12/16/2013 | 9601 | $4,500.00 |
| 3rd Supp | 42 | 49985 | Donna Thorn | 1/30/2015 | 1/30/2015 | 2549 | $2,250.00 |
| 3rd Supp | 43 | 49985 | Donna Thorn | 2/18/2015 | 2/18/2015 | 2550 | $2,250.00 |
| 3rd Supp | 44 | 50162 | Stephanie Cunningham | 8/18/2014 | 8/18/2018 | 2849 | $4,500.00 |
| 3rd Supp | 45 | 50171 | Dejuan Daniels | 7/27/2016 | | Cash | $4,500.00 |
| 3rd Supp | 46 | 50234 | Judith Flatt | 2/27/2014 | | Check | $4,500.00 |
| 3rd Supp | 47 | 50390 | Tanya Tyus | 11/10/2015 | | | |
| 3rd Supp | 48 | 50340 | Nancy Whitman | 7/21/2016 | 7/21/2016 | 2031 | $4,500.00 |
| 3rd Supp | 49 | 50330 | Edgar Sierra | 1/4/2016 | 1/4/2016 | 1767 | $4,500.00 |
| 3rd Supp | 50 | 46985c | Lola Kincaid | 5/16/2014 | 5/16/2014 | 2725 | $4,500.00 |
| 3rd Supp | 51 | 45178 | Karen Mencarelli | 6/9/2014 | 6/9/2014 | 5369 | $4,500.00 |
| 3rd Supp | 52 | 46727 | Matthew Frederick | 9/28/2015 | 9/28/2015 | 1112 | $4,500.00 |
| 3rd Supp | 53 | 46965 | Adam Payton | 12/13/2014 | | | $2,000.00 |
| 3rd Supp | 54 | 47436 | Juvy Baird | 5/30/2014 | 5/30/2014 | 1026 | $4,500.00 |
| 3rd Supp | 55 | 47585 | Terry Shores | 10/14/2013 | | | $1,750.00 |
| 3rd Supp | 56 | 47703 | Daryl Finley | 12/29/2012 | 12/31/2012 | 234 | $3,200.00 |
| 3rd Supp | 57 | 47744 | Roger Sevigny | 10/7/2014 | 10/7/2014 | 3261 | $4,500.00 |
| 3rd Supp | 58 | 48150 | Duane Kilby | 1/30/2014 | 1/31/2014 | 4186 | $4,500.00 |
| 3rd Supp | 59 | 48275 | James Welch | 1/29/2014 | 1/29/2014 | 360742 | $4,500.00 |
| 3rd Supp | 60 | 48709 | LaShawn Edwards | 2/3/2014 | 2/3/2014 | 213 | $2,500.00 |
| 3rd Supp | 61 | 48709 | LaShawn Edwards | 2/27/2014 | 2/27/2014 | 215 | $1,000.00 |
| 3rd Supp | 62 | 49251 | Board | N/A | N/A | N/A | N/A |
| 3rd Supp | 63 | 49474 | Ala'n Jordan | 10/12/2012 | 10/12/2012 | 1037 | $1,650.00 |
| 3rd Supp | 64 | 49477 | Chris Tighe | 8/7/2015 | 8/7/2015 | 9127 | $4,500.00 |
| 3rd Supp | 65 | 49592 | Gary Wing | 11/24/2015 | 11/28/2015 | 1190 | $4,000.00 |
| 3rd Supp | 66 | 49615 | Antonio Carney | 5/18/2013 | 5/20/2013 | 1096 | $4,500.00 |
| 3rd Supp | 67 | 49621 | Kelley Dean | 8/12/2014 | 8/13/2014 | 1974783 | $7,500.00 |
| 3rd Supp | 68 | 49660 | Earl Barrett | 4/7/2015 | 4/7/2015 | 523 | $4,500.00 |
| 3rd Supp | 69 | 49708 | Jason Flatt | 6/11/2015 | 6/12/2015 | 843107484 Cashier's | $4,000.00 |
| 3rd Supp | 70 | 49747 | Dionicia Kelsey | 10/5/2015 | | Cash | $500.00 |
| 3rd Supp | 71 | 49747 | Dionicia Kelsey | 4/4/2016 | 4/19/2016 | 333 | $100.00 |
| 3rd Supp | 72 | 49778c | Sharon Hill | 7/9/2014 | 7/10/2014 | 668 | $4,500.00 |
| 3rd Supp | 73 | 49901 | Tiffany Wardlaw | 3/28/2012 | | | $2,500.00 |
| 3rd Supp | 74 | 49942 | Charles McClellen | 10/3/2015 | 10/5/2015 | 6839301068 Cashier's | $4,500.00 |
| 3rd Supp | 75 | 49969 | Georgia Keeling | 10/11/2011 | | | $3,500.00 |
| 3rd Supp | 76 | 49969 | Georgia Keeling | 10/11/2011 | | | $752.89 |
| 3rd Supp | 77 | 50032 | Darth Davenport | 12/18/2014 | 12/18/2014 | 7146 | $4,500.00 |
| 3rd Supp | 78 | 50163 | Erbit Navarro Teran | 1/31/2014 | 2/3/2014 | 235629 | $4,500.00 |
| 3rd Supp | 79 | 50291 | David Castile | 5/9/2014 | | Cash | $3,000.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3rd Supp | 80 | 50295 | Teresa Wilson | 10/20/2014 | | Cash | $2,000.00 |
| 3rd Supp | 81 | 50295 | Teresa Wilson | 10/27/2014 | | | $1,500.00 |
| 3rd Supp | 82 | 50295 | Teresa Wilson | 10/27/2014 | | | $500.00 |
| 3rd Supp | 83 | 50377 | Christopher Schmidt | 3/22/2014 | 3/24/2014 | 10819 | $4,500.00 |
| 3rd Supp | 84 | 50581 | Reese Bailey, III | 6/7/2014 | 6/7/2014 | 3425 | $3,000.00 |
| 3rd Supp | 85 | 50581 | Reese Bailey, III | 7/31/2014 | 8/1/2014 | 3438 | $1,500.00 |

**TOTAL - $511,386.50**