# STATE OF TENNESSEE, SUMNER COUNTY

CRIMINAL COURT OF SAID COUNTY, MARCH TERM, 2020

THE GRAND JURORS FOR THE STATE and County aforesaid, upon their oath, present that

### ANDY L. ALLMAN

heretofore from on or about August 4, 2019 to on or about February 20, 2020, in the County and State aforesaid, did unlawfully and falsely hold himself out as a lawyer to Mario Herrera, against the peace and dignity of the State of Tennessee.

In violation of:

TCA 23-3-108

E-F

FILED
3:50 P M
MAR 0 5 2020
KATHRYN STRONG, CLERK
BY _____ D.C.

_____
CHERYL McPHERSON
Foreman of Grand Jury

2020-CR-133

COUNT TWO

And the Grand Jurors aforesaid, on their oath aforesaid, do further present and say that the said

**ANDY L. ALLMAN**

heretofore between on or about December 16, 2014, and on or about March 3, 2020, in the County and State aforesaid, did unlawfully and knowingly obtain and exercise control over property, to-wit: money, of the value of $54,269.11, belonging to Mario Herrera, said property being taken without the owner's effective consent and with the intent to deprive the owner thereof, and the defendant concealed the unlawful and knowing taking of property from Mario Herrera by telling and convincing Mario Herrera that the property was in a trust account but in fact it had been unlawfully converted and used by ANDY L. ALLMAN, and ANDY L. ALLMAN thereby concealed the fact of the crime, against the peace and dignity of the State of Tennessee.

In violation of:

TCA 39-14-103

    C-F

FILED 3:50 P.M.
MAR 0 5 2020
KATHRYN STRONG, CLERK
BY _____ D.C.

_____
CHERYL McPHERSON
Foreman of Grand Jury

| THE STATE OF TENNESSEE | Summons for State Witnesses |
| --- | --- |
| Vs. { Presentment | |
| ANDY L. ALLMAN | Charlie Belote<br>Rielly Gray<br>Mario Herrera |

1. [signature]
2. Tommy Biggerstaff
3. Donnie Smith
4. [signature] W B[...]
5. Jewell Austin Greer
6. Dan Smith
7. Hal Champ[...]
8. Pam Yoeckel
9. [signature]
10. Stephanie R[...]
11. Valerie Nale
12. Danielle Alexander

FILED 3:50 P.M.
MAR 0 5 2020
KATHRYN STRONG, CLERK
BY _____ D.C.

_____
CHERYL McPHERSON
Foreman of Grand Jury

_____
LAWRENCE RAY WHITLEY
District Attorney General
Eighteenth District