| Sumner County Circuit Court (615) 451-3209 | **CAPIAS / BENCH WARRANT** Page 1 of 1 | Case Number 83CC1-2020-CR-133 |
|---|---|---|

State of Tennessee
vs.
Defendant (s)   Andy Lamar Allman

Address

Defendant Information:
  Date of Birth:
  SS#

Bond Amount: **$ 2,500,000 (2.5 million)**
Initial Appearance Date:   March 27, 2020

**To Any Lawful Officer of Said County:**
You are commanded to take the body of Andy Lamar Allman if to be found in your County, and keep him/her safely, so that you have him/her before the Judge of Sumner County Circuit Court for the County of Sumner, at the Criminal Justice Ctr in the town of Gallatin, instanter, and then and there to answer to the charge(s) of §   PRESENTMENT

23-3-108   FALSELY REPRESENTING SELF AS A LAWYER           39-14-103 , 23-3-108

39-14-103   THEFT OF PROPERTY - $10,000-$60,000

Issued: 3/5/2020

Clerk / Deputy Clerk

Judge

**OFFICER'S RETURN:** Came hand this date and executed by:
☐ I Hereby Certify and Return that on the Below Date I Executed this Warrant by the Arrest of:

☐ Not to be found:

Date: _____   By: _____
                    Officer, Title

*ADA: If you need assistance or accommodations, please call Tony Southern, ADA Coordinator, at (615) 451-6023.*

Rev 5/03

*Exhibit G*

# MITTIMUS

### STATE OF TENNESSEE-SUMNER COUNTY

**STATE OF TENNESSEE**

VS: #2020-CR-133

ANDY L. ALLMAN

**CHARGE:**
FALSELY REPRESENTING SELF AS A LAWYER
THEFT OF PROPERTY - $10,000-$60,000

It appearing from the testimony there is probable cause to believe the defendant guilty of the offense of which he/she stands charged, it is ordered that he/she be held to answer at the next term of the Criminal Court of Sumner County, Tennessee.

Or:

The defendant having been indicted by the Sumner County Grand Jury and a Capias having been issued and served, it is adjudged that he/she be held to answer at the next term of the Criminal court of Sumner County, Tennessee.

The offense being bailable, the amount of such bail has been fixed at $2,500,000 (2.5 million)

Or:

The Court has ordered that the defendant be held without bond. Yes ☐

This the 5TH day of MARCH, 2020.

**KATHRYN STRONG, CLERK**

BY: _Jennifer Kasner_ D.C.



| Sumner County Circuit Court (615) 451-3209 | CAPIAS / BENCH WARRANT Page 1 of 1 | Case Number 83CC1-2020-CR-133 |
|---|---|---|

State of Tennessee
vs.
Defendant (s)   Andy Lamar Allman

Address

Defendant Information:
Date of Birth:
SS#

Bond Amount: **$2,500,000 (2.5 million)**
Initial Appearance Date: March 27, 2020

### To Any Lawful Officer of Said County:

You are commanded to take the body of Andy Lamar Allman if to be found in your County, and keep him/her safely, so that you have him/her before the Judge of Sumner County Circuit Court for the County of Sumner, at the Criminal Justice Ctr in the town of Gallatin, instanter, and then and there to answer to the charge(s) of § PRESENTMENT

23-3-108 FALSELY REPRESENTING SELF AS A LAWYER     39-14-103, 23-3-108

39-14-103 THEFT OF PROPERTY - $10,000-$60,000

Issued: 3/5/2020

Clerk / Deputy Clerk
Judge

**OFFICER'S RETURN:** Came hand this date and executed by:
☑ I Hereby Certify and Return that on the Below Date I Executed this Warrant by the Arrest of:
**ANDY L. ALLMAN**
☐ Not to be found:
Date: **3/9/20**   By: **BIELLY GRAY, SA TBI**
Officer, Title

ADA: If you need assistance or accommodations, please call Tony Southern, ADA Coordinator, at (615) 451-6023.

Rev 5/03

R-84 (Rev. 6-25-2013)
OMB-1110-0051 (Exp. 9-30-2014)
SCN: **830000201204**

**FINAL DISPOSITION REPORT**

Leave Blank

The FBI's acquisition, preservation, and exchange of identification information is generally authorized under 28 USC 534. This R-84 is to be used for criminal justice purposes, such as incident to arrests and incarcerations. The needs and uses for this information is covered in the Fingerprint Identification Records System (FIRS) System of Records Notice (SORN), published in the Federal Register on September 28, 1999. "A Social Security Account Number (SSAN) is helpful to keep records accurate because other people may have the same name and birth date. Pursuant to the Federal Privacy Act of 1974 (5 USC 552a), any Federal, State, or local government agency which requests an individual to disclose his/her SSAN is responsible for informing the person whether disclosure is mandatory or voluntary, by what statutory or other authority the SSAN is solicited, and what uses will be made of it."

Note: This vital report must be prepared on each subject whose arrest fingerprints have been forwarded to the FBI Criminal Justice Information Services Division without final disposition noted. If no final disposition is available from arresting agency, complete left side and forward the form when case is referred to prosecutor and/or courts. Agency on notice as to final disposition should complete this form and submit to: **FBI, CJIS Division, Clarksburg, WV 26306.**
(See instructions on **reverse side**)

| FBI Number | OTN (Offender Tracking Number) | ** Final Disposition Date |
|---|---|---|
| KDX17T5KW | | |

Name on fingerprint card submitted to FBI
** Last: Allman   First: Andy   Middle:

Date of Birth _____   Sex  M

(The convicting offense STATUTE, SUBSECTION, LEVEL of conviction, and sentencing information is to be included as part of the disposition. If convicted or subject pleaded guilty to lesser charge, include this information also.)

Disposition Maintenance Indicator (DMI)
☐ Append   ☐ Add   ☐ Replace   ☐ Delete

☐ No Record per: _____

| State Bureau No. (SID) | Social Security No. (SOC) | ** Form Submitted by ORI Number |
|---|---|---|
| 4334341 | | TN0830000 |

(Name, Title, Agency, City & State)
**SUMNER CO SO GALLATIN**
**NASHVILLE, TN**

**Fingerprint Contributor / Arresting Agency ORI**
**TNTBI0000**

Include complete name and location of agency
**TN BU OF INVESTIGATION ADMIN HQ NASHVILLE**

**NASHVILLE, TN**

Signature _____   Date _____

Title _____

| Arrest No. (OCA) | **Date Arrested or Received | |
|---|---|---|
| I09261 | 03/09/2020 | ☐ COURT ORDERED EXPUNGEMENT  Certified or Authenticated Copy of Court Order Attached. |

**Offenses Charged at Arrest**

39-14-105(4)   THEFT 10K - 60K
23-8-108       FALSELY REP SELF AS L

Subject's Relationship to Victim:
☐ Current or former spouse of victim (can be same sex)
☐ Guardian of victim
☐ Person is cohabiting or has cohabited as spouse of victim (can be same sex)
☐ Person is cohabiting or has cohabited as parent of victim
☐ Person similarly situated to spouse (can be same sex)
☐ Person similarly situated to parent of victim
☐ Other _____

☐ Parent/Stepparent of victim
☐ Child in common (child must be born)
☐ Person is cohabiting or has cohabited as guardian of victim
☐ Person similarly situated to guardian of victim

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY   L. THUMB   R. THUMB   RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

## INSTRUCTIONS

1. The purpose of this report is to record the initial data of a subject's arrest and secure the final disposition of the arrest at the earliest possible time. (INTERIM DISPOSITION INFORMATION, e.g. RELEASED ON BOND, SHOULD NOT BE SUBMITTED). The SUBJECT'S NAME, CONTRIBUTOR AND ARREST NUMBER should be exactly the same as submitted at the time of arrest. The FBI number should be indicated, if known. The agency ultimately making final disposition must complete and submit form to their designated state or federal agency.

2. The arresting agency should fill in all arrest data on left side of form as the contributor of the fingerprints. The arresting agency ORI should be placed in the appropriate block. If the arrest is disposed of by the arresting agency, as where the arrestee is released without charge, the arresting agency must fill in this final disposition and mail form to their designated agency. Of course, if the final disposition is known when the arrest fingerprint card is submitted, it should be noted on the fingerprint card and this form is then unnecessary. In the event the case goes to the prosecutor, this form should be forwarded to the prosecutor with arrestee's case file.

3. The prosecutor should complete the form to show final disposition at the prosecution level if the matter is not being referred for court action and submit form directly to their designated agency. If court action is required, the prosecutor must forward form with case file to court having jurisdiction.

4. The court should complete this form as to final court disposition such as when arrested person is acquitted, case is dismissed, conviction/sentence imposed or suspended, or person placed on probation.

5. When arrested person is convicted or pleads guilty to a lesser or different offense than when originally arrested, this information should be clearly indicated.

6. If court disposition is associated with a misdemeanor crime of domestic violence, select the appropriate box demonstrating the relationship of the subject to the victim, and attach the police/incident report/court record to this form. If other is selected, please provide the description of the relationship to the victim in the space provided.

7. If subsequent action is taken to seal or expunge record, attach certified or authenticated copy of court order to this form.

8. If the disposition was destroyed, purged, or is no longer available, please check the "No Record" box and indicate agency.

9. It is vitally important for completion of subject's record in the FBI Criminal Justice Information Services Division files that Final Disposition Reports be submitted in every instance where fingerprints were previously forwarded without final disposition noted.

10. Submission of flat capture fingerprint impressions is optional.

11. Asterisks indicate mandatory fields, but all known data should be provided.