

875-2017

*Exhibit A*

**APPEARANCE BOND**  GENERAL SESSIONS AND CRIMINAL COURT

**State of Tennessee, Sumner County**  ~~TAX PAID~~

We, **Andy Allman**, Principal and Woodard Bonding Co., _____, Securities agree to pay the State of Tennessee **$25,000.00** Dollars unless the said **Andy Allman** appears in the General Sessions Court of Sumner County, Tennessee on the **15** day of **DEC**, 20**17**, at 9:00 a.m., and from day to day or from term to term as required in the General Sessions Court and/or Criminal Court of Sumner County, Tennessee, to answer the offense of **Theft of Property 1000-10000 x3, Falsely Representing Self as a Lawyer (x2)**

Pursuant to T.C.A. 40-11-316(a) at the end of 12 months a premium renewal fee will be due.

Witness our hands, this the **11** day of **DEC**, 20**17**.

Date of Birth: **6-6-69**

Social Security # _____

X _____ Principal
**639 Bonita Pky**, Address
City **H-ville** St. **TN** Zip **37075**
Phone **(615) 424-0603**

Criminal Court Appearance Date
**12-15-17 @ 8:30 AM**

X _____ Defendant

Woodard Bonding Co., Security
*Bryant Woodard* _____, Security
_____, Security

**Conditions of Bond**

By order of the Criminal Court Judge, the use of illegal drugs is a violation of this bond.

X _____

**NOTICE**
**IF YOU USE A PROFESSIONAL BONDSMAN:**

Amount of charges to you. The premium fee for your bond should not be more than ten percent (10%) of the face amount of your bond. For example, if your bond is $2,500, the premium on the bond should not be more than $250. In addition to this amount, the law also permits a one-time $25 initiation fee, (T.C.A., 40-11-316).

Insist on a receipt. The law, (T.C.A., 40-11-304), requires a bail bondsman to keep a duplicate receipt. The receipt must show the name of the person paying money or pledging property, the name of the person for whom it was paid, the account or purpose for which it is received, and the suit, action or matter in which the money is paid.

Collateral that can be required. If a bondsman insists on collateral in addition to the ten percent (10%) premium fee, you may wish to talk to another bondsman. However, a bondsman may accept collateral, and if the bondsman accepts collateral, the bondsman must give you a written receipt for the collateral, and the receipt shall give in detail a full description of the collateral received and the terms of redemption as required by T.C.A., 40-11-126(8).

A BONDSMAN MAY NOT LOCK YOU BACK UP OR SURRENDER YOU ARBITRARILY OR WITHOUT GOOD CAUSE. GOOD CAUSE MAY INCLUDE YOUR FAILURE TO PERFORM YOUR OBLIGATIONS UNDER THE CONTRACT YOU HAVE WITH YOUR BONDSMAN (T.C.A. 40-11-128(7) & 40-11-132).

**Anyone arrested for any of the following charges are to have no contact with the victim or any minor child, male or female under age of eighteen (18) years. This condition will apply to a defendant charged with any of the following offenses:**

| | | | | |
|---|---|---|---|---|
| Rape | Rape of a Child | Sexual Battery by an Authority Figure | Aggravated Sexual Battery | Solicitation of a Minor |
| Unlawful Photographing of Minors | Observation without Consent | Sexual Battery | Statutory Rape | Statutory Rape By Authority Figure |
| Sexual Exploitation of a Minor | Failure to report Sexual Abuse | Indecent Exposure | Soliciting Sexual Exploitation of a Minor | Prostitution |

or any Attempts, Criminal Responsibility or Solicitation of any of the above-listed offenses.