# *Exhibit A*

**From:** Zachary L. Barker <Zachary.Barker@ag.tn.gov>
**Sent:** Wednesday, June 2, 2021 3:04 PM
**To:** Tom Russell <trussell@gsrm.com>
**Subject:** FW: Allman v. Weatherford, et al., No. 3:21-cv-00267

Good Afternoon!

As we discussed during our call, I'm forwarding you the email and attachments that I sent to Leah Dennen. I anticipate that you will find them helpful in drafting your response.

As for the language in the Court's order calling for a "single reply," it is our office's position that our Motion to Dismiss Herbert Slatery as a respondent is not a reply to Mr. Allman's petition. Furthermore, we will include language asking for leave from any order to respond. Thus, your response will be a single reply to Mr. Allman's petition.

My Best,

Zachary L. Barker │ Assistant Attorney General
Federal Habeas Corpus Division
Office of the Tennessee Attorney General
P.O. Box 20207, Nashville, TN 37202-0207
Phone: (615) 532-4098
Zachary.Barker@ag.tn.gov



**From:** Zachary L. Barker
**Sent:** Tuesday, June 1, 2021 11:15 AM
**To:** leahmay@sumnercountytn.gov
**Cc:** ben@sumnercountytn.gov
**Subject:** Allman v. Weatherford, et al., No. 3:21-cv-00267

Good Morning!

I hope that you enjoyed your Memorial Day weekend! As we discussed on Friday, I will be filing a motion to dismiss Herbert Slatery as a respondent because he is not the proper respondent in Mr. Allman's case. The Office of the Tennessee Attorney General took this same position in *Leopold Mpawinayo, v. Daron Hall, et al.*, No. 3:20-cv-01097. That leaves Sheriff Weatherford as the only proper Respondent, and because Mr. Allman is a pre-trial detainee, the Office of the Tennessee Attorney General will not represent Sheriff Weatherford.

I have attached several documents that you may find helpful in constructing your response.

- Mpawinayo, Leopold – Memorandum Opinion
    - This is a Memorandum Opinion issued by Judge Trauger last month. It deals with exactly the same issues present in Mr. Allman's case.
- Mpawinayo, Leopold – Metro Legal Answer
    - This is Metro Legal's Answer in the Mpawinayo case.
- Busby, Favian – Amicus Brief by State of Tennessee
    - This is the State's Amicus Brief that discusses exhaustion under Tennessee Rule of Appellate Procedure 8.
- Busby, Favian – Attachments to State's Amicus Brief
- Allman, Andy – State's Answer to Rule 8 Motion
    - While also addressing the merits of Mr. Allman's claims, this Answer sets forth the State's argument on how Mr. Allman procedurally defaulted his Rule 8 proceedings.
- Allman, Andy – CCA Order Dismissing Rule 8
    - This is the CCA Order which dismisses Mr. Allman's Rule 8 appeal and provides instruction to Mr. Allman on how to properly get review of his Rule 8 motion.

If I can be of any assistance, please reach out to me. While no privilege exists between us, I am happy to discuss how these cases have been handled in the past, the results of Mr. Allman's Rule 8 appeal, and federal habeas corpus practice.

My Best,


Zachary L. Barker │ Assistant Attorney General
Federal Habeas Corpus Division
Office of the Tennessee Attorney General
P.O. Box 20207, Nashville, TN 37202-0207
Phone: (615) 532-4098
Zachary.Barker@ag.tn.gov

