# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | | |
|---|---|---|
| ANDY L. ALLMAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:21-cv-00267 |
| | ) | |
| SONNY WEATHERFORD, SHERIFF | ) | District Judge Trauger |
| OF SUMNER COUNTY, TN, and | ) | Mag. Judge Frensley |
| HERBERT H. SLATERY, III, | ) | |
| TENNESSEE STATE ATTORNEY | ) | |
| GENERAL, | ) | |
| | ) | |
| Respondents. | ) | |

## DECLARATION OF JERRY SCOTT

1. My name is Jerry Scott. I am over the age of eighteen and of sound mind to make this Declaration. This Declaration is based upon my first-hand and personal knowledge.

2. For all times relevant I have been the Sumner County Jail Administrator.

3. Each floor of the Sumner County Jail, where inmates like Petitioner Allman are housed, are split into four pods. Each pod has a computing device called a kiosk. Inmates can use the kiosk to communicate electronically with jail administration and file grievances. The kiosk also has a function that allows inmates to conduct legal research. The inmates have access to, among other things, case law and statutes. The index for the program is searchable.

Further Declarant Sayeth Naught.

I declare under penalty of perjury that the foregoing is true and correct.

_____
JERRY SCOTT

Date: 6/30/2021

*Exhibit B*

845422.1/020210378