IN THE UNTED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | |
|---|---|
| ANDY L. ALLMAN<br>Petitioner<br><br>vs.<br><br>SONNY WEATHERFORD,<br>SHERIFF OF SUMNER<br>COUNTY, TN<br>Respondent | )<br>)<br>) Docket No. 3:21-cv-00267<br>) From the Tennessee Court of Criminal<br>) Appeals No. M2021-00196-CCA-R8-CO<br>) Sumner County Criminal Court Cases:<br>) No. 2017-CR-548<br>) No. 2017-CR-875<br>) No. 2020-CR-133<br>)<br>)<br>) |

## NOTICE OF FILING

Comes now Petitioner, Andy L. Allman, and gives notice of filing the attached emails and text messages to attorney Gary Copas.

These documents are referenced on page 20 line 14 of Petitioner's Reply to Sonny Weatherford's Response to Motion for Immediate Release as Exhibit 1.[1]

Inadvertently, this exhibit was not attached to his reply.

---

[1] Petitioner acknowledges that there are two (2) "Exhibit 1" attachments to the reply and apologizes for the error and inconvenience.

1

Respectfully submitted,

_____
Andy L. Allman
Petitioner
117 W. Smith Street
Gallatin, TN 37066

## CERTIFICATE OF SERVICE

I hereby certify that this Notice of Filing has been served via U.S. Mail on the 5th Day of July, 2021 addressed to:

Leah May Dennen
Sumner County Law Department
355 N. Belvedere Dr.
Room 303
Gallatin, TN 37066

Thomas B. Russell
Gullett, Sandford, Robinson & Martin, PLLC
150 Third Ave. S.
Suite 1700
Nashville, TN 37201

_____
Andy L. Allman

Fri, Jan 22, 10:46 AM

> Gary will you please meet with Andy prior to Thursday?

Tue, Jan 26, 4:41 PM

> Gary – Andy would like to meet with you prior to the hearing on Thursday at 9 am. Will you please meet with him?

Wed, Jan 27, 3:33 PM

> Have you met with Andy?

Thu, Jan 28, 10:54 AM

> Gary- please call Andy



> Have you met with Andy?

Thu, Jan 28, 10:54 AM

> Gary- please call Andy. He does but know what occurred this morning and is trying to reach you.

Thu, Jan 28, 12:07 PM

> Have you spoken to Andy??

Thu, Jan 28, 2:31 PM

> Gary- please let me know if you have spoken to Andy.


**Gary**

Fri, Jan 29, 10:20 AM

> Have you spoken to Andy?

Mon, Feb 1, 8:13 AM

> Gary – Andy needs to talk to you regarding last weeks hearing. Please schedule a call with him.

Tue, Feb 16, 10:02 AM

> Gary – have you scheduled a meeting with Andy? He needs to speak to you.

Tue, Feb 23, 3:53 PM

  



**Gary ›**

Tue, Feb 23, 3:53 PM

> Gary, the Motion I emailed you for review was filed yesterday, 2/22/21. Andy is still awaiting a meeting.

Fri, Mar 12, 12:22 PM

> Gary, Andy would really like to meet with you. Will you please set up a meeting with him?

Wednesday 8:53 AM

> There is a 9 am status conference in Davidson county tomorrow. Andy has still not heard from

Wednesday 8:53 AM   *March 24, 2021*

> There is a 9 am status conference in Davidson county tomorrow. Andy has still not heard from you. Will will you be meeting with him?

Yesterday 6:10 AM   *March 25, 2021*

> Andy Allman status conference in Davidson County 9 am today.

Today 10:58 AM

> Gary – I am again asking you to set up a meeting with Andy. He needs to

Text Message

.ıll Verizon LTE    7:12 PM    93%

**Gary**

Fri, Mar 26, 10:58 AM

> Gary – I am again asking you to set up a meeting with Andy. He needs to discuss his case with you.

> Also, please provide him an update regarding yesterday's status conference.

Wed, Jun 2, 4:26 PM

> Gary – Andy still needs to meet with you. Will you please set up a meeting?

Mon, Jun 7, 7:17 PM

> Gary – Andy is still awaiting

> Gary– Andy is still awaiting a meeting.

Wednesday 8:01 AM  June 16, 2021

> Gary– Andy still has not heard from you. Additionally, you failed to notify him of his court date last week and did not even speak to him in court. He asks that you schedule a meeting with him!

Today 10:58 AM  June 21, 2021

> Have you scheduled a meeting with Andy?

Text Message

.ıll Verizon LTE    8:39 AM    85%

< 89

GC

Gary >

Mon, Jun 21, 10:58 AM

> Have you scheduled a meeting with Andy?

Sun, Jun 27, 8:11 PM

> Gary, why have you not met with Andy? He has not spoken to you since November 2020 even though he has repeatedly requested that you set up a meeting with him.

Today 8:39 AM

> Andy is still awaiting a meeting

Text Message

# Call Andy immediately

From: Sonia H (soniah212@yahoo.com)

To: copasatty@aol.com

Date: Thursday, January 28, 2021, 11:12 AM CST

Gary,

Andy was not taken to the courthouse this morning so we do not know what occurred at the hearing. Please contact him ASAP to provide an update and discuss.

He has been trying to call you.

Sonia Allman
Sent from my iPhone

# PLEASE call Andy

From: Sonia H (soniah212@yahoo.com)
To: copasatty@aol.com
Date: Thursday, January 28, 2021, 02:48 PM CST

Gary,

PLEASE call Andy if you have not already talked to him today. He needs to know what happened this morning and discuss other things with you!!!!

Sonia Allman
Sent from my iPhone

TRAP 8

From: Sonia H (soniah212@yahoo.com)
To: copasatty@aol.com
Date: Sunday, February 21, 2021, 10:49 AM CST

Gary,

Attached is a TRAP 8 Motion that Andy intends to file tomorrow, 2/22/21. Please let me know if you would like me to email the exhibits as well. If you have any questions or additions related to the Motion, please set up a meeting with Andy to discuss with him directly.

I ask that you not reach out to me as I am unable to relay messages as I often do not understand the issue and my phone calls with Andy are recorded whereas your calls are not.

Again, contact Andy directly.

Sincerely,

Sonia Allman


Trap 8_FINAL.pdf
454.7kB

# Tennessean article

From: Sonia H (soniah212@yahoo.com)
To: copasatty@aol.com
Date: Friday, February 26, 2021, 11:36 AM CST

Gary,

I wanted to share this article that was in yesterday's Tennessean.

Tennessee judges are brushing aside bail laws, and it costs taxpayers (tennessean.com)

**Tennessee judges are brushing aside bail laws, and it's costing you**

Decades ago, Tennessee reformed its bail laws, but the changes never took. Since then, poor defendants and taxpa...

Have you scheduled a meeting with Andy yet?

Sincerely,

Sonia Allman

# Stamped Motion to Review

From: Sonia H (soniah212@yahoo.com)
To: copasatty@aol.com
Date: Saturday, February 27, 2021, 07:01 PM CST

Gary,

Attached is the stamped Motion to Review.  A hard copy was mailed to you as well.  Please let me know if you would like me to send you the exhibits.

Also, please schedule a meeting with Andy.  He has not heard from you and needs to speak to you.

Sincerely,

Sonia Allman


TRAP 8_Stamped.pdf
2.4MB

# Email from Andy Allman *ACTION REQUIRED*

From: Sonia H (soniah212@yahoo.com)

To: copasatty@aol.com

Date: Monday, April 19, 2021, 12:10 PM CDT

Gary,

I have received a show cause order from Judge Trauger related to my petition for habeas corpus. She and the Tennessee Court of Criminal Appeals are under the impression that paragraph 2 of our contract obligates you to file my TRAP 8 motion in the trial court and the court of appeals. I have understood that you will not file the motions since both are required under TRAP 8(a) and are for an appellate review of my bond conditions and we have no separate agreement for a TRAP 8 appeal. Please send me a letter or declaration that you have not and will not file these motions under our contract. If you believe filling the motion is covered by our contract, please sign the attached motion to review and file the same in the trial court. Sonia has all of the exhibits already marked. I have attached the show cause order, opinion from the Court of Criminal Appeals, and my amended petition for habeas corpus. I am again requesting that you set up a meeting with me to discuss my case.

Thanks. Andy Allman


Show Cause Order.pdf
504.7kB


TRAP 8 Order.pdf
100.8kB


Sumner County Motion to Review_GaryCopas2021.docx
71.2kB


USDC_Ameded_FINAL.pdf
518.2kB

On-site visits

From: Sonia H (soniah212@yahoo.com)
To: copasatty@aol.com
Date: Monday, June 7, 2021, 07:22 PM CDT

Gary,

On-site visits have resumed during limited hours.

M-F 8 am - 10:30/ 12:30 - 3:30/5:30
No visits Saturday
Sunday 12:30 - 3:30

Please schedule a meeting with Andy.

Sonia Allman
Sent from my iPhone

# Meeting with Andy

From: Sonia H (soniah212@yahoo.com)
To: copasatty@aol.com
Date: Monday, June 21, 2021, 11:01 AM CDT

Gary,

Please schedule meeting with Andy.

He has been requesting a meeting with you.

He thought you would have at least spoken to him and provided an update during the court date earlier this month but you did not.

Please set something up ASAP.

Thank you!

Sonia Allman
Sent from my iPhone